UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| KELBY KLOSTERMAN, | ) | |
| | ) | Civ. 12-5001-JLV |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| LARRY REINHOLD and | ) | |
| VICTORY RESOURCES, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Kelby Klosterman and Defendant Larry Reinhold and Victory Resources, LLC, by and through their attorneys, stipulate that Plaintiff's Complaint against the Defendants may be dismissed on its merits, with prejudice, and without costs or further notice to either party.

Dated this 18th day of December, 2012.

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

By _____
Talbot J. Wieczorek
Attorneys for Plaintiff
P.O. Box 8045
Rapid City, SD 57709-8045
(605) 342-1078

Dated this 20 day of March 2014.

GOODSELL & QUINN LLP

_____
G. Verne Goodsell
Attorney for Defendants
PO Box 9249
Rapid City SD 57709

## CERTIFICATE OF SERVICE

I hereby certify on the 20 day of ~~December 2012,~~ March 2014 I served by electronic filing through the United States District Court's ECF system, a true and correct copy of the Stipulation for Dismissal with Prejudice to:

Talbot J. Wieczorek
Gunderson Palmer Nelson & Ashmore, LLP
PO Box 8045
Rapid City, SD  57709

/s/ G. Verne Goodsell

G. Verne Goodsell
Goodsell Quinn LLP
P.O. Box 9249
Rapid City, SD 57709-9249